**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.     CASE NO: 8:03-cr-73-T-30TGW

LARRY COBURN
_____/

## ORDER

The United States Sentencing Commission has promulgated Amendment 706 lowering the base offense level for cocaine base (crack cocaine) offenses in many cases for eligible defendants sentenced on or after November 1, 2007. The Commission later decided this Amendment should be applied retroactively to defendants sentenced before November 1, 2007. The Defendant in this case, having been sentenced prior to November 1, 2007, filed a motion *pro se* seeking a reduction of sentence pursuant to 18 U.S.C. §3582(c)(2) and Amendment 706 and 709 [Dkt. 50].

Defendant pled guilty to a three count indictment alleging (1) Count One - possession with the intent to distribute 5 grams or more of cocaine base in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B); (2) Count Two - possession with the intent to distribute a quantity of cocaine base in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C); and (3) Count Three - possession with the intent to distribute quantity of cocaine base in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C). The defendant was found to be a Career Offender. Persons classified as career offenders are not affected by the lower guidelines. Therefore,

a reduction in the Defendant's term of imprisonment is not authorized under 18 U.S.C. § 3582(c).

IT IS therefore ORDERED and ADJUDGED that the Defendant's motion for a reduction of sentence [Dkt. 50] is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on March 25, 2008.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Defendant
U.S. Probation
Bureau of Prisons